WWW.GVLAW.COM

# GALLO VITUCCI KLAR
### LLP

Kelli McGrath

212-683-7100

kmcgrath@gvlaw.com

August 18, 2022

**MEMO ENDORSED**, page 2

**Via Pacer**
Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:**   **PONSLER v. OAKWOOD MANSION**
> ***Motion Letter for a Pre-Motion Discovery Conference***
> Our File No.:  BL-2021-12
> Case No.:      1:21cv2125

Dear Justice Ramos:

This office represents Defendants Dayton Holdings International NV, and Brenda James in the above-referenced matter. Please accept this as a letter in support of codefendant's August 17, 2022 letter for a pre-motion discovery conference.

On February 7, 2022, Defendants Dayton Holdings International NV, and Brenda James, served their First Request for Production and First Set of Interrogatories on the Plaintiffs. **Exhibit A**.  Plaintiffs served their responses on March 11, 2022. **Exhibit B**.  On March 31, 2022, Defendants Dayton Holdings International NV, and Brenda James, served their first deficiency letter on plaintiff. **Exhibit C**.  Specifically, the letter demanded plaintiffs supplement their responses to defendant's interrogatory No. 17 and No.19 regarding damages plaintiffs are claiming and all documents to support same, including copies of all medical records. We also demanded plaintiffs provide all documentary support for their response to interrogatory No. 31. Id. In addition, the undersigned demanded that plaintiffs provide all documents from each of the two mold contractors hired, including any invoices or correspondence in your possession. Id.

Having received no response, on May 13, 2022, Defendants Dayton Holdings International NV, and Brenda James, sent a second request for a response to its deficiency letter. **Exhibit D**.

On July 6, 2022, Plaintiff's Counsel sent a letter regarding the deficiencies noted above. **Exhibit E**.  The letter indicated the plaintiffs were "actively working on gathering

said documents." Although the undersigned acknowledges plaintiff's counsel provided one set of medical records, there have been no additional documents or responses provided. At this time, we have no choice but to seek judicial intervention as the parties cannot move forward with depositions without the requested discovery.

This office joins in co-defendant's request for a ninety (90) day extension of the deposition and discovery deadlines. This office also joins in co-defendant's request that this matter be set down for a pre-motion discovery conference to address all outstanding discovery issues.

We thank the Court for its consideration and guidance.

Very truly yours,

GALLO VITUCCI KLAR LLP

Kelli McGrath

KM/mt
Enc.

The parties' request for a 90-day extension of the deposition and discovery deadlines is GRANTED.  A pre-motion conference will be held on September 6, 2022 at 10:30 a.m. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.  It is SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  August 30, 2022
New York, New York