UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN JACOB PONSLER and SUSAN PONSLER,

                Plaintiffs,

-against-

OAKWOOD MADISON, OAKWOOD WORLDWIDE, LP, EXECUSTAY CORP., MARRIOTT INTERNATIONAL, INC., DAYTON HOLDINGS INTERNATIONAL NV, MAPLETREE INVESTMENTS PTE LTD, BRENDA JAMES, and REGINALD ELZEY,

                Defendants.

**ORDER**

21 Civ. 2125 (ER)

RAMOS, D.J.:

    On October 18, 2022, an order was issued staying the case until December 19, 2022. Accordingly, the Clerk of the Court is respectfully directed to lift the stay.

    It is SO ORDERED.

Dated:    June 2, 2023
                New York, New York

                                                  Edgardo Ramos, U.S.D.J.