

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/14/2023__

July 13, 2023

Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States District Court
500 Pearl St.
New York, NY 10007

Re:   *Ponsler et ano. v. Oakwood Madison*, et al., 21-cv-2125-ER-BCM

Dear Judge Moses,

NYLAG represents Stephen Ponsler and Susan Ponsler for settlement purposes. I write jointly with Keli McGrath, counsel for defendants Dayton Holdings International Nv and Brenda James, and Bilal Chaudry, counsel for the remaining defendants, to provide a status report regarding settlement. In addition, we request that the settlement conference scheduled for July 19, 2023, and settlement statements which Your Honor granted an extension for submission until July 14, 2023, be adjourned sine die.

As a result of the parties' negotiations in preparation for the settlement conference, we reached a settlement in principle. Accordingly, we request that the settlement conference and settlement statements be adjourned sin dine.

We thank Your Honor for scheduling the conference which led to the parties' settlement in principle.

Respectfully Submitted,

*Susanne Keane*

Susanne Toes Keane

Application GRANTED. The settlement conference scheduled for July 19, 2023 is ADJOURNED *sine die*. If the case is not dismissed by **September 12, 2023**, the parties shall file a letter updating the Court on settlement progress. SO ORDERED.

Barbara Moses
United States Magistrate Judge
July 14, 2023